UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER A. GOSAR, HOWARD GALE, ELIZABETH MUELLER GRAHAM, NICHOLAS PEDA, NIKITA MINKIN, JESSIE YADLOWSKY <br><br> Defendants. | CASE NOS. 19-306; 19-307; 19-308; 19-313; 19-315; 19-320 <br><br> **ORDER DENYING MOTION TO COMPEL WITNESS INTERVIEWS** |

The Court **DENIES** Defendants' motion to compel witness interviews of Senator Cantwell's staff members, filed January 27, 2020. Dkt. 39. The government has not listed the four staff members as witnesses. The staff members are not germane to Defendants' defenses. Defendants admit they refused to follow law enforcement directives to leave the closed federal building or be cited. Defendants also indicated they intend to defend their refusal to follow law enforcement directives to leave based upon necessity, and the Religious Freedom Restoration Act. The Court has entered an order precluding these defenses, and thus Defendants' attempt to obtain from the Senator's staff information in support of these defenses lacks any basis.

To the extent the four members of the Senator's staff have any possible favorable or exculpatory evidence that is material to Defendants' guilt, innocence, or punishment, the

ORDER DENYING MOTION TO COMPEL
WITNESS INTERVIEWS - 1

government is reminded it is required to provide such evidence to defense counsel under Local Criminal Rule 16 and *Brady v, Maryland* and its progeny.

DATED this 29th day of January, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DENYING MOTION TO COMPEL
WITNESS INTERVIEWS - 2